IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

EUGENE ELLIOT RIVERS, JR.,

      Appellant,

 v.

      Case No.  5D22-210
      LT Case No. 2019-306713-CFDB

STATE OF FLORIDA,

      Appellee.

_____/

Decision filed April 11, 2023

Appeal from the Circuit Court
for Volusia County,
Raul A. Zambrano, Judge.

Matthew J. Metz, Public Defender,
and George D.E. Burden, Assistant
Public Defender, Daytona Beach, for
Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Rebecca Rock
McGuigan, Assistant Attorney
General, Daytona Beach, for
Appellee.


PER CURIAM.

     AFFIRMED.


EDWARDS, EISNAUGLE and HARRIS, JJ., concur.